# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| JOHNSON ELECTRIC NORTH AMERICA, INC., | Case No. 3:19-cv-00146-TMR |
| | Judge Thomas M. Rose |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO SEAL COMPLAINT AND RESPONSIVE PLEADINGS AND RELATED MOTIONS** |
| HONEYWELL INTERNATIONAL INC., | |
| Defendant. | |

Before the Court is the Motion of Defendant Honeywell International Inc. ("Honeywell"), brought pursuant to S.D. Ohio Civ. R. 5.2.1, to seal the Complaint and its Exhibits. Counsel for Honeywell has represented that the Complaint and Exhibits contain confidential, proprietary or other commercially sensitive information that is not publicly available and should not be publicly available and the documents reflect that they contain commercial information intended to be maintained as confidential.

For good cause shown, therefore, the motion is GRANTED and it is, therefore, ORDERED that the Complaint and Exhibits shall be sealed and remain sealed until further Order of the Court. Additionally, responsive pleadings and related motions referencing the restricted confidential information shall be filed under seal.

IT IS SO ORDERED.

*s/Thomas M. Rose*

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO