# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHNSON ELECTRIC NORTH AMERICA, INC., | CASE NO. 3:19-cv-00146 |
| Plaintiff, | JUDGE THOMAS M. ROSE |
| vs. | |
| HONEYWELL INTERNATIONAL, INC., | |
| Defendant. | |

## ORDER GRANTING MOTION TO SEAL PLAINTIFF'S SUPPLEMENTAL PLEADINGS

Before the Court is the Motion of Plaintiff Johnson Electric North America, Inc. pursuant to S.D. Ohio Civ.R. Civ. R. 5.2.1 and this Court's May 20, 2019 Order (Doc. #10) to seal its Motion to File Supplemental Complaint and its Supplemental Complaint, which contain confidential, proprietary or other commercially sensitive information that is not publicly available and should not be publicly available.

For good cause shown, the motion is GRANTED and it is therefore, ORDERED that the Motion to File Supplemental Complaint and the Supplemental Complaint shall be sealed and remain sealed until further Order of the Court.

IT IS SO ORDERED.

December 31, 2019                               *s/Thomas M. Rose

                                                THOMAS M. ROSE
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF OHIO

SUBMITTED:

*/s/ Martin A. Foos*
Martin A. Foos (0065762) – Trial Attorney
Terry W. Posey, Jr. (0078292)
GOTTSCHLICH & PORTUNE, LLP
201 East Sixth Street
Dayton, Ohio 45402
(937) 913-0200
(937) 824-2818 (Fax)
Email: tposey@gplawdayton.com
mfoos@gplawdayton.com

Thomas Manganello
Michael G. Brady
Amanda M. Fielder (P70180)
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
616.752.2404
Email: tmanganello@wnj.com
mbrady@wnj.com
afielder@wnj.com

*Counsel for Plaintiff/Counter-Defendant,*
*Johnson Electric North America, Inc.*