# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| JOHNSON ELECTRIC NORTH AMERICA, INC., | : : : : | Case No. 3:19-cv-00146-TMR<br>Judge Thomas M. Rose |
| Plaintiff, | : : | |
| v. | : : | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL COMPLAINT UNDER SEAL** |
| HONEYWELL INTERNATIONAL INC., | : : : | |
| Defendant. | : : : | |

_____

Before the Court is the Motion of Defendant Honeywell International Inc. ("Honeywell"), brought pursuant to S.D. Ohio Civ. R. 5.2.1, to file its Memorandum in Opposition ("Response") to Plaintiff's Motion to File Supplemental Complaint (Doc. 29) under seal. Counsel for Honeywell has represented that its Response will contain confidential, proprietary or other commercially sensitive information that is not publicly available and should not be publicly available.

For good cause shown, therefore, the motion is GRANTED and it is, therefore, ORDERED that the Response of Honeywell to Plaintiff's Motion shall be filed under seal and remain sealed until further Order of the Court.

IT IS SO ORDERED.

January 10, 2020

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE