# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| JOHNSON ELECTRIC NORTH AMERICA, INC., | : | Case No. 3:19-cv-00146-TMR |
| | : | Judge Thomas M. Rose |
| Plaintiff, | : | |
| | : | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE ITS ANSWER TO THE SUPPLEMENTAL COMPLAINT UNDER SEAL** |
| v. | : | |
| HONEYWELL INTERNATIONAL INC., | : | |
| Defendant. | : | |

Before the Court is the Motion of Defendant Honeywell International Inc. ("Honeywell"), brought pursuant to S.D. Ohio Civ. R. 5.2.1, to file its Answer to Plaintiff's Supplemental Complaint (Doc. 36) under seal. Counsel for Honeywell has represented that its Answer will contain confidential, proprietary or other commercially sensitive information that is not publicly available and should not be publicly available.

For good cause shown, therefore, the motion is GRANTED and it is, therefore, ORDERED that the Answer of Honeywell to Plaintiff's Supplemental Complaint shall be filed under seal and remain sealed until further Order of the Court.

IT IS SO ORDERED.

May 5, 2020

\*s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/Christine M. Haaker
Christine M. Haaker, Trial Attorney (0063225)
Sean P. McCormick (0088281)
Kelsey J. Mincheff (0097720)
THOMPSON HINE LLP
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
Telephone: 937.443.6560
Facsimile: 937.443.6635
Christine.Haaker@ThompsonHine.com
Sean.McCormick@ThompsonHine.com
Kelsey.Mullen@Thompsonhine.com

*Attorneys for Honeywell International Inc.*