# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOHNSON ELECTRIC NORTH, AMERICA, INC. | : | Case No. 3:19-cv-146 |
| | : | |
| Plaintiff/Counter Defendant | : | Judge Thomas M. Rose |
| | : | |
| v. | : | |
| | : | |
| HONEYWELL INTERNATION, INC. | : | |
| | : | |
| Defendants/Counter Plaintiff | : | |

## ORDER

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Counts II and III of Plaintiff/Counter-Defendant Johnson Electric's Supplemental Complaint are hereby dismissed. Honeywell does not need to answer the allegations in Counts II and III of the Supplemental Complaint. IT IS SO ORDERED.

May 7, 2020                                              *s/Thomas M. Rose

                                                                 _____

                                                                 Thomas M. Rose, Judge
                                                                 United States District Court