**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| JOHNSON ELECTRIC NORTH AMERICA, INC. | Case No. 3:19-cv-146 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Sharon L. Ovington |
| HONEYWELL INTERNATIONAL, INC. | |
| Defendant. | |

# DISCOVERY ORDER

This matter is before the Court following notice that a new dispute regarding discovery has arisen between the parties. Specifically, in accordance with the Stipulated Protective Order applicable to this case (Doc. #44), counsel for Defendant Honeywell International, Inc. has advised the Court that Defendant informed Plaintiff Johnson Electric North America, Inc. that Defendant wishes to change the designation of certain documents previously produced during discovery from "Confidential" to "Attorneys' Eyes Only" ["AEO"], and that Plaintiff objects to that change of designation.

Given that Plaintiff previously filed a motion to compel the re-designation and production of related discovery materials that Defendant previously designated as AEO (*see* Doc. #67) and that such motion remains pending before this Court, it

hereby is ORDERED that all documents recently re-designated by Defendant as "AEO" **shall be treated as AEO materials** until such time as this Court has ruled on Plaintiff's pending Motion to Compel. Plaintiff's objections to Defendant's more recent AEO designations are preserved and may be renewed following the Court's decision on the pending motion, to whatever extent that decision may not resolve the issue as to the documents newly designated as AEO.

IT IS SO ORDERED.


June 2, 2021                                                  *s/ Sharon L. Ovington*
                                                              Sharon L. Ovington
                                                              United States Magistrate Judge