## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION - DAYTON

JOHNSON ELECTRIC NORTH
AMERICA, INC.

      Plaintiff/Counter-Defendant,

v.

HONEYWELL INTERNATIONAL, INC.,

      Defendant/Counter-Plaintiff.

Case No. 3:19-cv-00146

Hon. Walter H. Rice
Hon. Caroline H. Gentry

---

## ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL

---

Before the Court is the Motion of Plaintiff/Counter-Defendant Johnson Electric North America, Inc., ("Johnson Electric") pursuant to S.D. Ohio Civ. R. 5.2.1, requesting leave to file Plaintiff/Counter Defendant Johnson Electric North America, Inc.'s Reply Brief in Support of Its Motion to Enforce Compliance with the Court's February 24, 2022, Order to Produce Documents ("Reply") under seal. The information referenced in the Reply contains confidential, proprietary or other commercially sensitive information that is not publicly available and should not be publicly available.

For good cause shown, the motion is GRANTED and it is therefore, ORDERED that the Reply shall be filed under seal and remain sealed until further Order of the Court.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE