# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION - DAYTON

| | |
|---|---|
| JOHNSON ELECTRIC NORTH AMERICA, INC. | |
| Plaintiff/Counter-Defendant, | Case No. 3:19-cv-00146-TMR |
| v. | Hon. Walter H. Rice<br>Hon. Caroline H. Gentry |
| HONEYWELL INTERNATIONAL INC., | |
| Defendant/Counter-Plaintiff. | |

**PLAINTIFF/COUNTER-DEFENDANT JOHNSON ELECTRIC NORTH AMERICA, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS RESPONSE IN OPPOSITION TO DEFENDANT/COUNTER-PLAINTIFF HONEYWELL INTERNATIONAL INC.'S MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO JOHNSON ELECTRIC'S MOTION TO ENFORCE COMPLIANCE**

Pursuant to S.D. Ohio Civ. R. 5.2.1, Plaintiff/Counter-Defendant Johnson Electric North America, Inc., ("Johnson Electric") requests leave to file Plaintiff/Counter-Defendant Johnson Electric North America, Inc.'s Response in Opposition to Defendant/Counter-Plaintiff Honeywell International Inc.'s Motion for Leave to File a Sur-Reply in Opposition to Johnson Electric's Motion to Enforce Compliance ("Response") under seal.

This Response should be filed under seal. Many of the issues in the Response involve confidential, proprietary, and other commercially sensitive information that is not publicly available and should not be publicly available. The parties previously agreed to a Stipulated Protective Order and agreed that the information and documents produced in discovery would involve information deemed to be confidential and the public disclosure of such documents or information would, or likely could, cause harm to the producing party and/or to third parties. (Doc.

No. 44). Further, this Court has previously ordered that filings related to confidential information in this case be filed under seal. (*See e.g.,* Doc. No. 155.)

Based on the foregoing, Johnson Electric requests the Court enter an Order granting its motion for leave to file under seal. A proposed order is attached to this Motion as Exhibit A.

| | |
|---|---|
| Dated: November 11, 2022 | */s/Amanda M. Fielder*<br>Martin A. Foos<br>FOOS & LENTZ, LLP<br>109 N Main S<br>Dayton, Ohio 45402<br>937.913.0200<br>mfoos@flp.law<br><br>Michael G. Brady<br>Katelyn D. Crysler<br>WARNER NORCROSS + JUDD LLP<br>2715 Woodward Ave.<br>Detroit, MI 48201<br>313.546.6000<br>mbrady@wnj.com<br>kcrysler@wnj.com<br><br>Amanda M. Fielder<br>Carly A. Zagaroli<br>Emily R. Rucker<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Ave, NW<br>Grand Rapids, Michigan 49503<br>616.752.2404<br>afielder@wnj.com<br>czagaroli@wnj.com<br>erucker@wnj.com<br><br>***Counsel for Plaintiff/Counter-Defendant,***<br>***Johnson Electric North America, Inc.*** |

**CERTIFICATE OF SERVICE**

       I certify that on November 11, 2022, I electronically filed the foregoing Plaintiff/Counter-Defendant Johnson Electric North America, Inc.'s Motion for Leave to File Under Seal Its Response In Opposition to Defendant/Counter-Plaintiff Honeywell International Inc.'s Motion for Leave to File a Sur-Reply in Opposition to Johnson Electric's Motion to Enforce Compliance to the Clerk of the Court using ECF System, which sent electronic notification of the filing on the same day and was served upon all counsel of record via the Court's CM/ECF system.

                                          */s/Amanda M. Fielder*
                                          Amanda M. Fielder