UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHNSON ELECTRIC NORTH
AMERICA, INC.,

    Plaintiff,

Case No. 3:19-cv-146

vs.

HONEYWELL INTERNATIONAL, INC.,

District Judge Michael J. Newman

    Defendant.

**ORDER: (1) GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL (Doc. No. 260); (2) PERMITTING DEFENDANT TO FILE DEPOSITION VIDEOS MANUALLY AND UNDER SEAL; AND (3) PERMITING DEFENDANT TO FILE DEPOSITION TRANSCRIPTS UNDER SEAL**

For good cause shown, S.D. Ohio Civ. R. 5.2.1, Defendant's unopposed motion for leave to file under seal is **GRANTED**.  Doc. No. 260.  Defendant is **PERMITTED** to file (1) deposition videos manually and under seal, and (2) deposition transcripts under seal.  Good cause to file under seal exists because these depositions contain confidential, proprietary, or other commercially sensitive information that is not publicly available and should not be publicly available.  The Clerk of Court is **INSTRUCTED** to accept these documents as filed under seal.

    **IT IS SO ORDERED.**

Date:  January 2, 2024           s/ Michael J. Newman
                                                       Michael J. Newman
                                                       United States District Judge