UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHNSON ELECTRIC NORTH
AMERICA, INC.,

    Plaintiff,                                    Case No. 3:19-cv-146

vs.

HONEYWELL INTERNATIONAL,         District Judge Michael J. Newman
INC.,

    Defendant.

## ORDER REQUIRING BOTH TRIAL ATTORNEYS TO COMPLY WITH LOCAL RULE 83.4

    The Local Rules of this Court provide that "[t]he Trial Attorney shall attend all hearings, conferences, and the trial itself unless excused by the Court from doing so."  S.D. Ohio Civ. R. 83.4(a).  The "trial attorneys" in this case are Marty Foos (Plaintiff Johnson Electric North America, Inc.) and Christine Haaker (Defendant Honeywell International, Inc.).

    It has come to the Court's repeated attention that neither Mr. Foos nor Ms. Haaker are present on many of the trial dates.  These absences will stop immediately unless the appropriate motion is filed—should counsel choose to do so—and granted by the Court.  Absent a ruling to the contrary, Mr. Foos and Ms. Haaker shall be present when trial resumes at 8:30 a.m. on Tuesday, January 23, 2024 and at, and during, all trial sessions thereafter.  Without such a ruling, absences going forward may subject trial counsel to sanctions.

    **IT IS SO ORDERED.**

    <u> January 20, 2023 </u>                                  <u>s/*Michael J. Newman*         </u>
                                                                           Hon. Michael J. Newman
                                                                           United States District Judge